

**ORDERED in the Southern District of Florida on June 21, 2018.**

Erik P. Kimball, Judge
United States Bankruptcy Court

___

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

| | |
|---|---|
| In re: | CASE NO.:15-29068-EPK |
| | CHAPTER 7 |
| William B. Mills, | |
|     Debtor. | |
| _____/ | |
| Deborah Menotte, as Court Appointed Receiver for Real Estate & Management Group, LLC, | |
|     Plaintiff, | |
| v. | ADV. PROC. NO.: 18-01220-EPK |
| NLJ Holding Company Florida, LLC, d/b/a Touch of Class Cleaners, | |
|     Defendant. | |
| _____/ | |

**ORDER SETTING BRIEFING SCHEDULE
ON DEFENDANT'S MOTION TO DISMISS**

    **THIS MATTER** came before the Court upon the *Defendant's NLJ Holding Company Florida, LLC, d/b/a Touch of Class Cleaners, Motion to Dismiss Counts I and II of the*

*Deborah Menotte's Complaint to Avoid Fraudulent Transfers* (the "Motion to Dismiss") [ECF No. 7] filed by NLJ Holding Company Florida, LLC (the "Defendant"). With the Court being fully advised in the premises, it is hereby **ORDERED AND ADJUDGED** that:

1. Not later than 14 days after entry of this Order, Deborah Menotte, as Court Appointed Receiver for Real Estate & Management Group, LLC, (the "Plaintiff") may file and serve on Defendant a response to the Motion to Dismiss along with a memorandum. The title of Plaintiff's response shall reference the title of the original Motion to Dismiss. If the Plaintiff fails to file a timely response, the Motion to Dismiss may be granted without further notice or hearing.

2. If Plaintiff files a response to the Motion to Dismiss, not later than 21 days after entry of this Order Defendant may file and serve on Plaintiff a reply along with a memorandum. The title of the reply shall reference the title of the original Motion to Dismiss.

###

Copies Furnished To:

Michael A. Nardella, Esq.

*Michael A. Nardella, Esq. is directed to serve a conformed copy of this Order on all appropriate parties and file a certificate of service.*